UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAULO LEBRON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No.  5:26-cv-0427 |
| | : | |
| WALI ZAR KHAN HAZRAD | : | |
| MOHAMMAD, WALI ZAR KHAN | : | |
| HAZRAT MOHAMMAD, | : | |
| AMAZON LOGISTICS, INC., | : | |
| AMERICAN TIGERS LOGISTICS, L.L.C., | : | |
| JOHN DOES 1-3 AND JOHN DOE | : | |
| CORPORATIONS 1-3, | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW,** this 5th day of June, 2026, upon consideration of the Complaint, filed in the

Court of Common Pleas of Philadelphia County on December 18, 2025, *see* ECF No. 1-1; the

Notice of Removal filed by Defendants Wali Zar Khan Hazrat Mohammad, Wali Zar Khan

Hazrad Mohammad, and American Tigers Logistics, LLC, on January 22, 2026, *see* ECF No. 1;

the Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) filed by Defendants

Wali Zar Khan Hazrat Mohammad, Wali Zar Khan Hazrad Mohammad, and American Tigers

Logistics, LLC, *see* ECF No. 7; Defendant Amazon Logistics, Inc.'s Motion to Dismiss

Plaintiff's Complaint for Improper Venue pursuant to Fed. R. Civ. P. 12(b)(3), or in the

alternative, Motion to Transfer Venue pursuant to 28 U.S.C. § 1406, *see* ECF No. 13; any

responses or replies to the motions; and for the reasons discussed in the Opinion issued this date,

**IT IS HEREBY ORDERED THAT**:

1

1. Defendant Amazon Logistics, Inc.'s Motion to Dismiss Plaintiff's Complaint for Improper Venue pursuant to Fed. R. Civ. P. 12(b)(3), or in the alternative, to Transfer Venue pursuant to 28 U.S.C. § 1406, ECF No. 13, is **DENIED**.

2. The Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), filed by Defendants Wali Zar Khan Hazrat Mohammad, Wali Zar Khan Hazrad Mohammad, and American Tigers Logistics, LLC, ECF No. 7, is **GRANTED as follows:**

   a. Counts I and II of the Complaint are **DISMISSED without prejudice** for failure to state a claim and failure to meet pleading standards under Fed. R. Civ. P. 8.

   b. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint.

3. The Clerk of Court is ordered to **TERMINATE** Wali Zar Khan Hazrad Mohammad as a defendant in this matter.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] In the Motion to Dismiss pursuant to Rule 12(b)(6), Defendant Wali Zar Khan Hazrat Mohammad explains that he was incorrectly designated as "Wali Zar Khan Hazrad Mohammad" and that Plaintiff used two spellings of his name (one using "Hazrat," the other using "Hazrad") as if they were two separate Defendants in this matter. *See* ECF No. 7. Defendant Mohammad corrects the record, explains that the correct spelling of his name is "Wali Zar Khan Hazrat Mohammad" and that the second Defendant Mohammad (incorrectly spelled using "Hazrad") is duplicative. *See id.*